UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PELEUS INSURANCE COMPANY, 614
KNICKERBOCKER LLC AND SILVER EQUITIES 2, LLC,

         Plaintiffs,

 -against-

MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,

         Defendant.
---------------------------------------------------------------X

Case No.: 1:25-cv-1680

**RULE 7.1 STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel of record for defendant Mesa Underwriters Specialty Insurance Company ("MUSIC") certifies the following:

  MUSIC is a wholly owned subsidiary of Selective Insurance Group, Inc., a publicly traded company (NASDAQ: SIGI).

  BlackRock, Inc. ("BlackRock"), a publicly traded investment management firm, owns more than a 10% interest of SIGI. BlackRock has purchased SIGI common shares in the ordinary course of its investment business and has previously filed Schedules 13G/A with the SEC. On January 23, 2024, BlackRock filed a Schedule 13G/A reporting beneficial ownership as of December 31, 2023, of 12.8% of SIGI's common stock. In connection with purchasing SIGI common shares, BlackRock filed the necessary filings with the insurance regulatory authorities. Based on those filings, BlackRock is deemed not to be a controlling person for the purposes of applicable insurance law.

The Vanguard Group ("Vanguard"), a large investment management company, owns more than a 10% interest of SIGI. Vanguard has purchased SIGI common shares in the ordinary course of its investment business. On February 13, 2024, Vanguard filed a Schedule 13G/A reporting beneficial ownership of 10.24% of SIGI's common stock as of December 29, 2023. In connection with purchasing SIGI common shares, Vanguard filed the necessary filings with insurance regulatory authorities. Based on those filings, we do not expect Vanguard to be deemed a controlling person for the purposes of applicable insurance law.

MUSIC is a citizen of the State of New Jersey, where it is registered as a corporation and maintains its principal place of business.

Dated:    New York, New York
         May 1, 2025

                                        GUNNERCOOKE US LLP

                                        _____
                                        Max W. Gershweir, Esq.
                                        Attorneys for Defendant
                                        475 Park Avenue South – 23rd Floor
                                        New York, New York 10016
                                        646.440.8375