UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PELEUS INSURANCE COMPANY, 614 KNICKERBOCKER LLC and SILVER EQUITIES 2, LLC,

                Plaintiffs,

- against -

MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,

                Defendant.

Case No. 25-cv-1680 (CBA)(VMS)

**STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE**

---

IT IS HEREBY STIPULATED, by and between the undersigned attorneys of record for plaintiffs and defendant that, whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action, is dismissed without prejudice, and without costs and attorneys' fees, as against any of said parties pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED AND AGREED, that this stipulation can be executed in counterparts which, when taken together, shall constitute one fully-executed stipulation. A scanned or facsimile copy of this stipulation and the signature thereon shall be deemed as valid as the original.

Dated: October 7, 2025

| | |
|---|---|
| **TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP** | **GUNNERCOOKE US LLP** |

By: *Jonathan Harwood*
Jonathan R. Harwood (JH 9060)
*Counsel for Plaintiffs*
7 Skyline Drive
Hawthorne, New York 10532

By: _____
Max W. Gershweir
*Counsel for Defendant*
475 Park Avenue South – 23rd Floor
New York, New York 10016